# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

PHILLIP LEE TURNER
ADC #134943                                                                                    PLAINTIFF

V.                              CASE NO. 4:15-CV-103 SWW/BD

MUNYEN, et al.                                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 30TH DAY OF MARCH, 2015.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE